**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Courtney E. Robinson            CHAPTER 13
             Debtor(s)

BKY. NO. 18-15085 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of MidFirst Bank and index same on the master mailing list.

      Respectfully submitted,

/s/ *Denise Carlon*
Denise Carlon
05 Oct 2022, 18:29:05, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322