**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---

| | | |
|---|---|---|
| **IN RE:** | **:** | **CHAPTER 13** |
| **COURNEY E. ROBINSON** | **:** | |
| **DEBTOR** | **:** | **BANKRUPTCY NO.: 18-15085-AMC** |

---

**CERTIFICATION OF NO RESPONSE**
**TO MOTION TO MODIFY PLAN (POST-CONFIRMATION)**

I, Brandon Perloff, Esq, Counsel for Debtor in the above matter, do hereby certify that the

MOTION TO MODIFY PLAN (POST-CONFIRMATION) and NOTICE thereof was served on

all interested parties on 2/26/2023, and I have not received any Objections or Responses to said

Motion.

WHEREFORE, the Motion is uncontested and the undersigned requests this Honorable

Court to enter the proposed Order submitted with the Motion.

Respectfully submitted,

Date: March 28, 2023

/s/ Brandon Perloff, Esq.
Brandon Perloff, Esquire