# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| COURTNEY E. ROBINSON | : CHAPTER 13 |
| DEBTOR | : |
| | : BKY NO.: 18-15085-AMC |
| | : |

# ORDER

**AND NOW,** upon consideration of the Debtor's Motion to Modify Confirmed Plan, and after Notice and hearing, and with consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor's Amended Chapter 13 Plan (**Doc. # 89**) is **APPROVED.**

Date:
**Date: March 29, 2023**

_____
Ashely M. Chan
United States Bankruptcy Judge