# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| COURTNEY E. ROBINSON | |
| DEBTOR | BANKR. NO. 18-15085-AMC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the NOTICE (doc # 109), which Debtor filed with the Court on or about June 15, 2023. Said Notice was filed in error.

Additionally, kindly cancel the Hearing scheduled for July 19, 2023, at 11:00 AM as a hearing is not required for Debtor's Application to Employ.

Dated: 7/8/2023

Respectfully submitted,

By: /s/ Brandon Perloff
    Brandon Perloff, Esquire
    Attorney for Debtor