United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Courtney E. Robinson  
    Debtor

Case No. 18-15085-amc  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 07, 2023 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Courtney E. Robinson, 242 Roberta Ave, Darby, PA 19023-3214 |
| | + | David W. Fine, Esq., Fine & Staud LLC, 1333 Race St., Phila., PA 19107-1585 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor MIDFIRST BANK amps@manleydeas.com |
| ALYK L OFLAZIAN | on behalf of Creditor MIDFIRST BANK amps@manleydeas.com |
| BRANDON J PERLOFF | on behalf of Debtor Courtney E. Robinson bperloff@perlofflaw.com kmecf1429@gmail.com;BPerloffPennsylvania1@jubileebk.net |
| DENISE ELIZABETH CARLON | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |
| KERI P EBECK | on behalf of Creditor Regional Acceptance Corporation kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jul 07, 2023 | Form ID: pdf900 | Total Noticed: 2 |

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

THOMAS SONG
    on behalf of Creditor Home Point Financial Corporation tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____
:
IN RE: : CHAPTER 13
COURTNEY E. ROBINSON :
    DEBTOR :
: BANKR. NO. 18-15085-AMC
_____

## STIPULATION TO APPROVE SETTLEMENT OF DEBTOR'S PERONAL INJURY CLAM AND COMPENSATION TO PERSONAL INJURY ATTORNEY

This STIPULATION TO APPROVE SETTLEMENT OF DEBTOR'S PERSONAL INJURY CLAIM AND COMPENSATION TO PERSONALY INJURY ATTORNEY ("Stipulation") is entered into by and between Courtney E. Robinson, (the "Debtor), by his attorney, Brandon Perloff, Esquire;  Scott F. Waterman, Esquire, the Chapter 13 Standing Trustee; and David Fine, on behalf of Fine and Staud, LLC (hereinafter, "Fine"), Debtor's personal injury attorney (collectively, the "Parties"). The Parties agree as follows:

    **WHEREAS**, on or about 8/1/2018, the Debtor filed a Chapter 13 Bankruptcy seeking relief under Title 11;

    **WHEREAS**, Scott F. Waterman Esquire (the "Trustee") was appointed the Chapter 13 Standing Trustee in this case;

    **WHEREAS** David Fine, Esquire, of Fine and Staud, LLC (hereinafter, "Fine"), is an attorney specialized in personal injury law;

    **WHEREAS**, on or about 10/8/2022, the Debtor was involved in a motor vehicle accident (hereinafter, "Accident") which resulted in bodily injuries;

**WHEREAS**, Debtor chose Fine to represent him in his claim for compensation related to said bodily injuries and has sought approval of his employment. (See Application to Employ, filed 6/15/2023, doc #108);

**WHEREAS**, Fine was able to solicit an offer of settlement for $15,000.00 ("Settlement"), the policy limit under Debtor's first-party uninsured motorist coverage ("UM Insurance").[1]

**WHEREAS**, after a diligent investigation, no other insurance or source of funds (besides UM Insurance) is available to the Debtor as payment for his bodily injury.

**WHEREAS**, the date of Debtor's final payment under his Chapter 13 Plan is 8/1/2023.

**WHEREAS**, the Parties wish to avoid delay of Debtor's receipt of the Settlement so that he may pay off the remaining Chapter 13 base amount;

**NOW THEREFORE**, the undersigned Parties agree and stipulate as follows:

1. The Settlement is a payment for personal bodily injuries of the debtor.

2. The Settlement is property that is fully exempt under the 11 U.S.C. §522(d)11(D), and debtor has properly asserted said exemption.

3. Pursuant to the contingent fee agreement between Fine and Debtor, Fine shall be allowed to recover 35% of the gross recovery plus reimbursement of all investigation, litigation, and other costs and expenses from the recovery after the fee is paid.

4. Additionally, Fine shall be able to negotiate and pay, from the Settlement all medical liens.

5. The remainder of the Settlement funds shall be paid to the Debtor.

---

[1] Trustee has been provided a copy of Debtor's Auto insurance Declarations page.

2

6. The Parties agree that a facsimile signature shall be considered and original signature.

Dated: 6/30/2023                         /s/ Brandon Perloff_____
                                         Brandon Perloff, Esquire
                                         Attorney for Debtor
                                         (Bankruptcy Counsel)

Date: 6/30/2023                          /s/ David W. Fine _____
                                         David W. Fine, Esq.
                                         FINE and STAUD LLC
                                         1333 Race Street
                                         Philadelphia, PA 19107
                                         215-665-0100
                                         (f) 267-710-7008

Date:  6/29/2023                         /s/ Ann E. Swartz_____
                                         Ann E. Swartz, Esquire
                                         On behalf of Scott F. Waterman, Esquire
                                         Standing Chapter 13 Trustee - Reading
                                         2901 St. Lawrence Avenue
                                         Suite 100
                                         Reading, PA 19606

                                         For the Court:

**Date: July 7, 2023**                   _____
                                         ASHELY M. CHAN
                                         U.S. Bankruptcy Judge