# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| COURTNEY E. ROBINSON | |
| DEBTOR | |
| | BANKR. NO. 18-15085-AMC |

## CERTIFICATE OF NO RESPONSE TO
## APPLICATION TO EMPLOY

    I, Brandon Perloff, Esq, Counsel for Debtor in the above matter, do hereby certify that no answer, objection, or other responses to Debtor's Application to Employ has been filed with the Court or served upon me.

    WHEREFORE, the Application is uncontested, and Debtor prays this Honorable Court grant the proposed Order submitted with the Application, a copy of which was attached thereto.

Date: July 10, 2023

Respectfully submitted,

/s/ Brandon Perloff, Esquire
Brandon Perloff, Esquire
bperloff@perlofflaw.com
215-287-4231
Attorney for the Debtor