# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| COURTNEY E. ROBINSON | : | |
| DEBTOR | : | |
| | : | BANKR. NO. 18-15085-AMC |
| | : | |
| | : | |

## **ORDER**

    Upon consideration of the Application to Employ Fine and Staud, LLC, as Special Counsel ("the Application"); it is ORDERED that the Application is hereby GRANTED and Fine and Staud, LLC (the "Special Counsel") shall be employed to represent the Debtor in his claim for money damages as a result of bodily injuries sustained from the 10/8/2022 motor vehicle accident.

    IT IS FURTHER ORDERED that the Special Counsel may, if necessary, file any Applications or Motions, as well as attend any related Court hearings, to obtain approval of a settlement or award resulting from the above-referenced litigation.

    IT IS FURTHER ORDERED that the Special Counsel may, if necessary, file the appropriate application to be compensated for services related to the above-referenced litigation.

BY THE COURT:

Date: July 19, 2023

_____
Ashely M. Chan
Unites States Bankruptcy Judge