United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-15085-amc |
| Courtney E. Robinson | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 20, 2023 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Courtney E. Robinson, 242 Roberta Ave, Darby, PA 19023-3214 |
| sp | + | David W. Fine, Fine and Staud LLC, 1333 Race Street, Philadelphia, PA 19107-1585 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2023        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2023 at the address(es) listed below:

**Name**    **Email Address**

ADAM BRADLEY HALL
    on behalf of Creditor MIDFIRST BANK amps@manleydeas.com

ALYK L OFLAZIAN
    on behalf of Creditor MIDFIRST BANK amps@manleydeas.com

BRANDON J PERLOFF
    on behalf of Debtor Courtney E. Robinson bperloff@perlofflaw.com
    kmecf1429@gmail.com;BPerloffPennsylvania1@jubileebk.net

DENISE ELIZABETH CARLON
    on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com

KERI P EBECK
    on behalf of Creditor Regional Acceptance Corporation kebeck@bernsteinlaw.com
    jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Jul 20, 2023 | Form ID: pdf900 | Total Noticed: 2

MARK A. CRONIN
    on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

THOMAS SONG
    on behalf of Creditor Home Point Financial Corporation tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 9

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____
:
IN RE:                                                    :    CHAPTER 13
COURTNEY E. ROBINSON              :
      DEBTOR                                  :
                                   :    BANKR. NO. 18-15085-AMC
:
:
_____

**ORDER**

    Upon consideration of the Application to Employ Fine and Staud, LLC, as Special Counsel ("the Application"); it is ORDERED that the Application is hereby GRANTED and Fine and Staud, LLC (the "Special Counsel") shall be employed to represent the Debtor in his claim for money damages as a result of bodily injuries sustained from the 10/8/2022 motor vehicle accident.

    IT IS FURTHER ORDERED that the Special Counsel may, if necessary, file any Applications or Motions, as well as attend any related Court hearings, to obtain approval of a settlement or award resulting from the above-referenced litigation.

    IT IS FURTHER ORDERED that the Special Counsel may, if necessary, file the appropriate application to be compensated for services related to the above-referenced litigation.

BY THE COURT:

Date: _July 19, 2023_                                    _____
                                                                                  Ashely M. Chan
                                                                                   Unites States Bankruptcy Judge