# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| COURTNEY E. ROBINSON | : | |
| DEBTOR | : | BANKRUPTCY NO.: 18-15085-AMC |

## RESPONSE TO CERTIFICATION OF DEFAULT

Debtor ("Respondent"), by their attorney, Brandon J. Perloff, Esq. by way of Response to Movant's Certification of Default, respectfully represents the following:

1. Debtor has cured the alleged default referenced in Movant's Certification of Default ("Certification").

2. On July 24, 2023, Debtor sent a payment, sufficient to cure the alleged default, to Movant via express, overnight delivery. Said payment is in the possession of the Movant.

3. Therefore, Debtor is no longer in default and requests that Movant withdraw the Certification. Alternatively, the Debtor requests a hearing be set on this matter.

WHEREFORE, Debtor prays that this honorable Court set a hearing on this matter.

Date: July 31, 2023

/s/ Brandon J. Perloff
Brandon J. Perloff Esquire.
bperloff@perlofflaw.com
215-287-4231
Attorney for Debtor