Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2022 to 08/01/2023  
**Chapter 13 Case No. 18-15085-AMC**

COURTNEY E ROBINSON  
242 E ROBERTA AVE  
DARBY PA  19023

Petition Filed Date: 08/01/2018  
341 Hearing Date: 09/14/2018  
Confirmation Date: 01/16/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/03/2022 | $525.00 | 28180707366 | 10/05/2022 | $280.00 | 28357680240 | 11/08/2022 | $500.00 | 19435792194 |
| 11/08/2022 | $50.00 | 19435792195 | 01/05/2023 | $525.00 | 28542625053 | 03/03/2023 | $525.00 | 28542628012 |
| 03/31/2023 | $400.00 | 28542636180 | 07/31/2023 | $525.00 | 28770389886 | | | |

**Total Receipts for the Period: $3,330.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $27,800.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 7 | CAPITAL ONE BANK (USA) NA  »» 007 | Unsecured Creditors | $246.09 | $0.00 | $246.09 |
| 3 | MIDFIRST BANK  »» 003 | Mortgage Arrears | $10,764.95 | $9,814.61 | $950.34 |
| 8 | LVNV FUNDING LLC  »» 008 | Unsecured Creditors | $1,065.38 | $0.00 | $1,065.38 |
| 5 | MERRICK BANK  »» 005 | Unsecured Creditors | $541.29 | $0.00 | $541.29 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES  »» 004 | Unsecured Creditors | $1,160.20 | $0.00 | $1,160.20 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES  »» 006 | Unsecured Creditors | $1,655.25 | $0.00 | $1,655.25 |
| 1 | REGIONAL ACCEPTANCE CORP  »» 01S | Secured Creditors | $9,617.38 | $9,617.38 | $0.00 |
| 1 | REGIONAL ACCEPTANCE CORP  »» 01U | Unsecured Creditors | $7,711.00 | $0.00 | $7,711.00 |
| 2 | US DEPARTMENT OF EDUCATION  »» 002 | Unsecured Creditors | $56,683.78 | $0.00 | $56,683.78 |
| 9 | BRANDON J PERLOFF ESQ  »» 009 | Attorney Fees | $3,583.00 | $3,583.00 | $0.00 |
| 0 | BRANDON J PERLOFF ESQ | Attorney Fees | $1,150.00 | $1,150.00 | $0.00 |
| 0 | BRANDON J PERLOFF ESQ | Attorney Fees | $850.00 | $850.00 | $0.00 |

Chapter 13 Case No. 18-15085-AMC

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $27,800.00 | Current Monthly Payment: | $0.00 |
| Paid to Claims: | $25,014.99 | Arrearages: | $650.00 |
| Paid to Trustee: | $2,307.26 | Total Plan Base: | $28,450.00 |
| Funds on Hand: | $477.75 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.