Certificate Number: 12433-PAE-DE-037695255

Bankruptcy Case Number: 18-15085



12433-PAE-DE-037695255

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 21, 2023, at 1:46 o'clock PM EDT, Courtney Robinson completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   August 21, 2023           By:     /s/Candace Jones

                                  Name:   Candace Jones

                                  Title:  Counselor