**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | **:** | **CHAPTER 13** |
| **COURTNEY E. ROBINSON** | **:** | |
| **DEBTOR** | **:** | **BKY. 18-15085-AMC** |

## PRAECIPE TO WITHDRAW DOCUMENT

TO THE CLERK OF COURTS:

Kindly withdraw the Debtor's Response to Certification of Default filed by Midfirst

Bank (Doc #122) filed on 7/31/2023. Thank you.

Respectfully submitted,

DATE: November 9, 2023

/s/ Brandon Perloff, Esq
Brandon Perloff, Esquire