United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

Courtney E. Robinson

    Debtor

Case No. 18-15085-amc

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Nov 22, 2023 | Form ID: 138OBJ | Total Noticed: 26 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 24, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Courtney E. Robinson, 242 Roberta Ave, Darby, PA 19023-3214 |
| 14177817 | + | Home Point Financial Corp., c/o D. Anthony Sottile, Sottile & Barile, LLC, 394 Wards Corner Road, Suite 180, Loveland, OH 45140-8362 |
| 14178350 | | Home Point Financial Corp., c/o Thomas Song, Esq., Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza Philadelphia, PA 19103 |
| 14177441 | + | Home Point Financial Corporation, c/o D. Anthony Sottile, Authorized Agent, 394 Wards Corner Road, Suite 180, Loveland, OH 45140-8362 |
| 14175152 | | Kenya Bates, Esq, Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Boulveard, Suite 1400, Philadelphia, PA 19103, kenya.bates@phelanhallinan.com |
| 14175153 | #+ | Kwartler Manus, LLC, 1429 Walnut Street, Suite 701, Philadelphia, PA 19102-3207 |
| 14726549 | + | MIDFIRST BANK, c/o ALYK L OFLAZIAN, Manley Deas & Kochalski LLC, 1555 Lakeshore Drive, Columbus, OH 43204-3825 |
| 14726971 | + | MidFirst Bank, C/O Denise Carlon, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 23 2023 00:22:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 23 2023 00:22:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14175149 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 23 2023 00:31:04 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14202201 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 23 2023 00:31:18 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14175150 | + | Email/Text: electronicbkydocs@nelnet.net | Nov 23 2023 00:22:00 | Dept of Ed / 582 / Nelnet, Attn: Claims, PO Box 82505, Lincoln, NE 68501-2505 |
| 14175151 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 23 2023 00:22:00 | Home Point Financial C, 4849 Greenville Ave Ste, Dallas, TX 75206-4130 |
| 14192044 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 23 2023 00:22:00 | Home Point Financial Corporation, 11511 Luna Road, Suite 300, Farmers Branch, TX 75234-6451 |
| 14211461 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 23 2023 00:31:04 | LVNV Funding, c/o Resurgent Capital Services, PO BOX 10675, Greenville, SC 29603-0675 |
| 14175154 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 23 2023 00:31:13 | LVNV Funding/Resurgent Capital, PO Box 10497, Greenville, SC 29603-0497 |
| 14195219 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 23 2023 00:31:17 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14175155 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | | |

| | | Nov 23 2023 00:31:02 | Merrick Bank/CardWorks, Attn: Bankruptcy, PO Box 9201, Old Bethpage, NY 11804-9001 |
|---|---|---|---|
| 14630305 | + Email/PDF: ais.midfirst.ebn@aisinfo.com | | |
| | | Nov 23 2023 00:31:17 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 14192347 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Nov 23 2023 00:31:10 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14176380 | + Email/PDF: rmscedi@recoverycorp.com | | |
| | | Nov 23 2023 00:31:18 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14175156 | + Email/PDF: rmscedi@recoverycorp.com | | |
| | | Nov 23 2023 00:31:18 | Portfolio Recovery, PO Box 41021, Norfolk, VA 23541-1021 |
| 14175157 | + Email/PDF: RACBANKRUPTCY@BBANDT.COM | | |
| | | Nov 23 2023 00:31:19 | Regional Acceptance Co, Attn: Bankruptcy, 1424 E Firetower Rd, Greenville, NC 27858-4105 |
| 14188198 | Email/PDF: RACBANKRUPTCY@BBANDT.COM | | |
| | | Nov 23 2023 00:31:19 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 14190899 | + Email/Text: electronicbkydocs@nelnet.net | | |
| | | Nov 23 2023 00:22:00 | U.S. Department of Education C/O Nelnet, 121 South 13th Steet, Suite 201, Lincoln, NE 68508-1911 |

TOTAL: 18

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14200860 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2023                 Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 22, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | |
| | on behalf of Creditor MIDFIRST BANK amps@manleydeas.com |
| ALYK L OFLAZIAN | |
| | on behalf of Creditor MIDFIRST BANK amps@manleydeas.com |
| BRANDON J PERLOFF | |
| | on behalf of Debtor Courtney E. Robinson bperloff@perlofflaw.com kmecf1429@gmail.com;BPerloffPennsylvania1@jubileebk.net |

District/off: 0313-2                           User: admin                                    Page 3 of 3
Date Rcvd: Nov 22, 2023                        Form ID: 138OBJ                             Total Noticed: 26

DENISE ELIZABETH CARLON
                on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com

KERI P EBECK
                on behalf of Creditor Regional Acceptance Corporation kebeck@bernsteinlaw.com
                btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com

MARK A. CRONIN
                on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com

SCOTT F. WATERMAN [Chapter 13]
                ECFMail@ReadingCh13.com

THOMAS SONG
                on behalf of Creditor Home Point Financial Corporation tomysong0@gmail.com

United States Trustee
                USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 9

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: Courtney E. Robinson

               Debtor(s)

Case No: 18−15085−amc

Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:


The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.


For The Court

Timothy B. McGrath
Clerk of Court

Dated: 11/22/23

135 − 134
Form 138OBJ