**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: Courtney E. Robinson**<br>　　　　　　　　　　**Debtor(s)**<br><br>**MidFirst Bank**<br>　　　　　　　　　　**Movant**<br>　　vs.<br><br>**Courtney E. Robinson**<br>　　　　　　　　　　**Debtor(s)**<br><br>**Scott F. Waterman**,<br>　　　　　　　　　　**Trustee** | **BK NO. 18-15085 AMC**<br><br>**Chapter 13**<br><br>**Related to Claim No. 3** |

**CERTIFICATE OF SERVICE**
**NOTICE OF MORTGAGE PAYMENT CHANGE**

I, Denise Carlon of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on November 9, 2022, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Courtney E. Robinson
242 Roberta Avenue
Darby, PA 19023

Attorney for Debtor(s)
Brandon J. Perloff, Brandon Perloff PC
1333 Race Street
Philadelphia, PA 19107

Trustee
Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Method of Service: electronic means or first class mail

Dated: November 9, 2022

　　　　　　　　　　　　　　　　　**/s/Denise Carlon Esquire**
　　　　　　　　　　　　　　　　　Denise Carlon Esquire
　　　　　　　　　　　　　　　　　Attorney I.D. 317226
　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　201-549-2363
　　　　　　　　　　　　　　　　　dcarlon@kmllawgroup.com